# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-10-00235-CV
NO. 03-10-00455-CV
NO. 03-10-00456-CV
NO. 03-10-00457-CV
NO. 03-10-00458-CV

**John Stritzinger, Appellant**

**v.**

**Katherine Wright, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. D-1-FM-04-004690, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

# M E M O R A N D U M   O P I N I O N

The above-referenced causes each arise from the same district court cause, Cause No. D-1-FM-04-004690, a suit affecting the parent-child relationship between John S. Stritzinger, III; his ex-wife Katherine Wright; and three children of their marriage. To date, Stritzinger, who is pro se, has filed at least five separate notices of appeal complaining of seven different district court orders:

| Appellate Cause No. | District Court Order Challenged |
|---|---|
| 03-10-00235-CV | January 1, 2009, "Final Order in Suit Affecting Parent-Child Relationship" |

| | |
|---|---|
| 03-10-00455-CV | January 20, 2009, "Addendum to [January 1, 2009] Final Order in Suit Affecting Parent-Child Relationship" |
| 03-10-00456-CV | January 29, 2010, "Order Holding Respondent in Contempt, Suspending Commitment, And Order for Sanctions" |
| 03-10-00457-CV | June 9, 2010, "Order of Contempt to Coerce Compliance"<br><br>June 9, 2010, "Order of Contempt for Violations of Court Order" |
| 03-10-00458-CV | July 9, 2010, "Order Granting Katherine Wright's Motion to Quash and for Protective Order"<br><br>July 21, 2010, "Order Requiring John Stritzinger to Seek Court Approval Prior to Requesting Issuance of a Subpoena" |

Now pending in these appellate causes are several motions. Stritzinger has filed an unopposed motion to consolidate all five causes to the extent of having a single appellate record. He has also filed unopposed motions to consolidate Cause Nos. 03-10-00456-CV, -00457, and -00458 for purposes of briefing. Wright has moved to dismiss Stritzinger's two appeals from contempt orders, Cause Nos. 03-10-00456-CV and -00457, for want of subject-matter jurisdiction. Stritzinger has filed a response in opposition to each dismissal motion.

Because they concern the same final order, we consolidate Cause Nos. 03-10-00235-CV and -00455 for all purposes. The records filed in Cause No. 03-10-00235-CV shall be transferred to Cause No. 03-10-00455-CV. The consolidated causes will proceed under the style of Cause No. 03-10-00455-CV. Cause No. 03-10-00235-CV is dismissed.

Because we lack subject-matter jurisdiction over Stritzinger's attempted appeals from contempt orders, *see Ex parte Williams*, 690 S.W.2d 243, 243 n.1 (Tex. 1985); *Metzger v. Sebek*, 892 S.W.2d 20, 54-55 (Tex. App.—Houston [1st Dist.] 1994, writ denied), we grant Wright's motions and dismiss Cause Nos. 03-10-00456-CV and -00457 for want of jurisdiction. In light of these dismissals, we dismiss as moot Stritzinger's motions to consolidate Cause Nos. 03-10-00456-CV, -00457, and -00458 for briefing purposes.

We grant Stritzinger's motion to consolidate the five causes for appellate record purposes to the extent that the parties in Cause No. 03-10-00458-CV may rely upon the appellate record in the consolidated Cause No. 03-10-00455-CV. We otherwise dismiss that motion as moot.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed

Filed:   September 29, 2010

3